| | AUSA: | Susan Fairchild | Telephone: | (313) 226-9577 |
|---|---|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | Officer: | Christopher Carr | Telephone: | (313) 378-8942 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Santos Cruz CARCAMO-HERNANDEZ

Case No. 25-mj-30247

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 11, 2025__ in the county of __Macomb__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326(a) | Unlawful Re-Entry Following Removal from the United States |

This criminal complaint is based on these facts:

On or about April 11, 2025, in the Eastern District of Michigan, Southern Division, Santos Cruz CARCAMO-HERNANDEZ, an alien from El Salvador, was found in the United States after having been denied admission, excluded, deported, and removed there from on or about June 26, 2008, and not having obtained the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security to re-apply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

☑ Continued on the attached sheet.

*Complainant's signature*

Christopher Carr, Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: April 21, 2025

*Judge's signature*

City and state: Detroit, MI

Anthony P. Patti, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Christopher Carr, declare the following under penalty of perjury:

1. I am a Deportation Officer with the United States Department of Homeland Security, United States Immigration and Customs Enforcement (ICE). I have been employed in this capacity since March 2019. Currently, I am assigned to the Criminal Alien Program. The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers to include Immigration and Customs Enforcement Officers and record checks of law enforcement databases. I have also reviewed the Alien Registration File and system automated data relating to Santos Cruz CARCAMO-HERNANDEZ, which attests to the following:

2. CARCAMO-HERNANDEZ is a forty-eight-year-old male, native and citizen of El Salvador, who last entered the United States at or near an unknown place, on or about an unknown date without begin admitted, inspected, or paroled by an Immigration Officer.

3. On May 30, 2008, U.S. Border Patrol Agents arrested CARCAMO-HERNANDEZ near Carrizo Springs, Texas and issued him an I-860, Notice and Order of Expedited Removal.

4. On June 4, 2008, the U.S. District Court Western District of Texas, Del Rio Division convicted CARCAMO-HERNANDEZ for the offense of Entering the United States Illegally in violation of 8 USC §1325(a)(1) and sentenced him to 6 days' imprisonment with credit for time served.

5. On June 26, 2008, ICE Air removed CARCAMO-HERNANDEZ from the United States to El Salvador via Harlingen, Texas.

6. On April 9, 2025, the Warren Police Department arrested CARCAMO-HERNANDEZ for Domestic Violence. According to the police reports, on January 18, 2018, CARCAMO-HERNANDEZ assaulted his girlfriend, with whom he has a child, by kicking her in her side, striking her in the face, causing her nose to bleed and her neck to hurt. According to the police report, CARCAMO-HERNANDEZ assaulted her another time on February 14, 2018, at which time she contacted the police. A warrant was issued for his arrest. Charges are still pending.

7. On April 11, 2025, ERO Detroit arrested CARCAMO-HERNANDEZ at the Macomb County Jail in Mt Clemens, Michigan. ICE ERO Detroit transported CARCAMO-HERNANDEZ from the Macomb County Jail to the Detroit ICE Field Office and served him with a Notice of Intent /Decision to Reinstate prior order. ICE searched his fingerprints in government electronic systems resulting in a positive match for Santos Cruz CARCAMO-HERNANDEZ, DOB XX/XX/1976, AXXX XXX 162, a previously removed alien.

8. The aforementioned arrest and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

9. ICE officers reviewed immigration file records and Department of Homeland Security electronic records, indicating that Santos Cruz CARCAMO-HERNANDEZ AXXX XXX 162, did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission to the United States.

10. Based on the above information, I believe there is probable cause to conclude that CARCAMO-HERNANDEZ is an alien who was found in the United States after removal, without the express permission from the Attorney General of the United States or from the Secretary of the Department of Homeland Security to re-apply for admission into the United States in

violation of Title 8, United States Code, Section 1326(a).

Christopher Carr, Deportation Officer
U.S. Department of Homeland Security

Sworn to before me and signed in my presence and/or by reliable electronic means.

Honorable Anthony P. Patti
United States Magistrate Judge

April 21, 2025